IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MANUEL RAMON SANCHEZ JAQUEZ,** | : : | **PRISONER CIVIL RIGHTS** **42 U.S.C. § 1983** |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **CIVIL ACTION NO.** |
| **BUREAU OF PRISONS** *et al.*, | : | **1:11-CV-2622-CC-AJB** |
| Defendants. | | |

**ORDER FOR SERVICE
OF REPORT AND RECOMMENDATION**

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, is attached. The same shall be filed and a copy, together with a copy of this Order, shall be served upon counsel for the parties and upon any unrepresented parties.

Pursuant to 28 U.S.C. § 636(b)(1)(C), within fourteen (14) days of service of this Order, each party may file written objections, if any, to the Report and Recommendation. If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and

AO 72A
(Rev.8/82)

Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the time period stated above.

**IT IS SO ORDERED and DIRECTED**, this 26th day of September, 2011.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **MANUEL RAMON SANCHEZ JAQUEZ,** | : : | **PRISONER CIVIL RIGHTS** **42 U.S.C. § 1983** |
| Plaintiff, | : : | |
| v. | : : | |
| **BUREAU OF PRISONS** *et al.*, | : | **CIVIL ACTION NO.** |
| Defendants. | : | **1:11-CV-2622-CC-AJB** |

**UNITED STATES MAGISTRATE JUDGE'S**
**FINAL REPORT AND RECOMMENDATION**

Plaintiff, appearing *pro se*, was confined at the federal prison in Atlanta, Georgia when he filed this action. On August 12, 2011, the Court issued an Order directing Plaintiff to submit, within thirty days, either the $350 filing fee for this action or a completed application to proceed *in forma pauperis*. [Doc. 3.] That Order advised Plaintiff that failure to comply within the specified time period may result in dismissal of this action. [*Id.*] The time for compliance has expired.

The Court's Order mailed to Plaintiff was returned because it appears Plaintiff has been released from prison. [Doc. 4.] Plaintiff has not provided the Court with a new address, as required by the Court's Local Rules. *See* LR 41.2C, NDGa.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a lawful order of the

AO 72A
(Rev.8/82)

Court and to advise the Court of his current address.  *See* Fed. R. Civ. P. 41(b); LR 41.2C, 41.3A(2), NDGa.  The Clerk is **DIRECTED** to terminate the reference to the undersigned.

    **IT IS SO RECOMMENDED and DIRECTED**, this 26th day of September, 2011.

                                                          _____
                                                          **ALAN J. BAVERMAN**
                                                          **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)