IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MANUEL RAMON SANCHEZ JAQUEZ, | : | FEDERAL PRISONER |
| | : | CIVIL RIGHTS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUREAU OF PRISONS et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:11-CV-2622-CC |

**<u>ORDER</u>**

Magistrate Judge Baverman issued a Report and Recommendation ("R&R") recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with a lawful order of the Court and to advise the Court of his current address. (Doc. 5.) Plaintiff has not filed objections to the R&R.

A district judge must conduct a careful and complete review of a magistrate judge's R&R. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). The district judge must "make a de novo determination of those portions of the [R&R] to which objection is made," 28 U.S.C. § 636(b)(1)(C), while those portions of the R&R for which there is no objection are reviewed only for clear error, *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the R&R and finds no clear error. Accordingly, the Court **ADOPTS** the R&R [5] as the opinion of the Court. This action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 13TH day of January, 2012.

s/ CLARENCE COOPER
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)